```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )           8:09CR46
          Plaintiff,           )
                               )
   vs.                         )           ORDER
                               )
CHRISTIAN TAPIA-VALENTIN,      )
                               )
          Defendant.           )
```

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

   **IT IS ORDERED:**

   Clarence E. Mock, III is appointed to represent the above named defendant in this matter and shall forthwith file an appearance in this matter.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Clarence E. Mock, III.

   DATED this 26th day of February, 2009.

                              BY THE COURT:


                              s/ Thomas D. Thalken
                              United States Magistrate Judge